FOIA Summons
1/13

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAND WHEATLAND )
*Plaintiff* )
)
v. ) Civil Action No. 21-CV-3126
DEPARTMENT OF HEALTH AND HUMAN SERVICES )
)
*Defendant* )

SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   DEPARTMENT OF HEALTH AND
HUMAN SERVICES
200 Independence Avenue SW,
Washington, DC 20201

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel J. Stotter
Stotter & Associates LLC
408 SW Monroe Ste., M210E
Corvallis, OR 97333

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____   _____

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAND WHEATLAND )
*Plaintiff* )
)
v. ) Civil Action No. 21-CV-3126
DEPARTMENT OF HEALTH AND HUMAN SERVICES )
)
*Defendant* )

SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*

      United States Attorney's Office for the District of Columbia
      Attn: Civil Process Clerk
      555 Fourth St., NW
      Washington, D.C. 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Daniel J. Stotter
      Stotter & Associates LLC
      408 SW Monroe Ste., M210E
      Corvallis, OR 97333

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____

                                                  *Signature of Clerk or Deputy Clerk*

FOIA Summons
1/13

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAND WHEATLAND                            )
            *Plaintiff*                   )
                                          )
v.                                        )    Civil Action No. 21-CV-3126
DEPARTMENT OF HEALTH AND HUMAN SERVICES   )
            *Defendant*                   )
                                          )

SUMMONS IN A CIVIL ACTION

To:    *(Defendant's name and address)*

Attorney General Merrick Garland
United States Attorney General
950 Pennsylvania Ave.
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel J. Stotter
Stotter & Associates LLC
408 SW Monroe Ste., M210E
Corvallis, OR 97333

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____            _____
                                    *Signature of Clerk or Deputy Clerk*