**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **WHEATLAND,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )  Civil Action No. 21-3126 (CJN) |
| | ) |
| **DEPARTMENT OF HEALTH** | ) |
| **& HUMAN SERVICES** | ) |
| | ) |
| **Defendants.** | ) |

**NOTICE OF ENTRY OF APPEARANCE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Bradley Silverman as counsel for Defendant in the above-captioned case.

Respectfully submitted,

By:   /s/_____
RBADLEY G. SILVERMAN
Assistant United States Attorney
D.C. Bar #1531664
555 4th St. NW
Washington, DC 20530
Phone: (202) 252-2575
Email: bradley.silverman@usdoj.gov

*Counsel for Defendant*