UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAND WHEATLAND,

          *Plaintiff*,

v.

DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

          *Defendant.*

Civil Action No. 21-3126 (CJN)

## ANSWER TO PLAINTIFF'S COMPLAINT

Defendant, the United States Department of Health and Human Services ("Defendant"), by and through its undersigned counsel, hereby responds to the separately numbered paragraphs and prayer for relief contained in Plaintiff's Complaint ("Complaint"). All allegations not specifically admitted are denied. Any allegations not specifically admitted, denied, or otherwise responded to below are hereby denied. Moreover, to the extent the Complaint refers to or quotes from external documents, statutes, or other sources, Defendant may refer to such materials for their accurate and complete contents; however, Defendant's references are not intended to be, and should not be construed to be, an admission that the cited materials: (a) are correctly cited or quoted by Plaintiff; (b) are relevant to this, or any other, action; or (c) are admissible in this, or any other, action. Defendant responds to the separately numbered paragraphs as follows:

## I.     INTRODUCTION[1]

1. This paragraph consists of Plaintiff's characterization of this lawsuit and conclusions of law, to which no response is required. To the extent that a response is required, Defendant denies the allegations, except that Defendant admits that Plaintiff has sought, through a Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") request, records from Defendant regarding the National Institutes of Health COVID-19 Treatment Guidelines Panel from 2020 and 2021.

## II.     JURISDICTION

2. This paragraph contains conclusions of law, to which no response is required. To the extent a response is required, Defendant admits that this Court has subject matter jurisdiction over proper FOIA actions.

## III.     VENUE

3. This paragraph contains conclusions of law, to which no response is required. To the extent a response is required, Defendant admits venue is proper in this District for proper FOIA claims.

## IV.     PARTIES

4. Defendant lacks sufficient knowledge or information to form a belief about the truth of the allegations contained in this paragraph.

---

[1] For ease of reference, Defendant replicates the headings contained in the Complaint. Although Defendant believes that no response is required to such headings, to the extent a response is required and to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

5. Defendant admits that it is an agency of the United States Government. Plaintiff's allegation that Defendant is subject to FOIA is a conclusion of law to which no response is required.

## LEGAL FRAMEWORK OF FOIA

6. This paragraph contains conclusions of law, to which no response is required. Defendant respectfully refers the Court to the cited authorities for a full and accurate statement of their contents.

7. This paragraph contains conclusions of law, to which no response is required. Defendant respectfully refers the Court to the cited authorities for a full and accurate statement of their contents.

8. This paragraph contains conclusions of law, to which no response is required. Defendant respectfully refers the Court to the cited authorities for a full and accurate statement of their contents.

9. This paragraph contains conclusions of law, to which no response is required. Defendant respectfully refers the Court to the cited authorities for a full and accurate statement of their contents.

10. This paragraph contains conclusions of law, to which no response is required. Defendant respectfully refers the Court to the cited authorities for a full and accurate statement of their contents.

11. This paragraph contains conclusions of law, to which no response is required. Defendant respectfully refers the Court to the cited authorities for a full and accurate statement of their contents.

12. This paragraph contains conclusions of law, to which no response is required. Defendant respectfully refers the Court to the cited authorities for a full and accurate statement of their contents.

## V.    FACTUAL ALLEGATIONS

13. Defendant admits that Plaintiff submitted a FOIA request on January 29, 2021 to HHS, and respectfully refers the Court to that FOIA request for a complete and accurate statement of its contents. Defendant denies the allegations in this paragraph to the extent they are inconsistent with the contents of the referenced request.

14. Defendant admits the allegations in paragraph 14, and respectfully refers the Court to the relevant communication a complete and accurate statement of its contents.

15. Defendant admits the allegations in paragraph 15.

16. Defendant lacks sufficient knowledge or information to form a belief about the truth of the allegations contained in this paragraph, but acknowledges that on February 11, 2021, Defendant sent Plaintiff a letter acknowledging his January 29, 2021, FOIA request and designating it HHS FOIA Case No. 55825.

17. Defendant admits the allegations in paragraph 17. Defendant respectfully refers the Court to the relevant communications for a full and accurate statement of their contents. Defendant denies the allegations in this paragraph to the extent they are inconsistent with the content of the referenced letter.

18. Defendant admits the allegations in paragraph 18, and respectfully refers the Court to the administrative appeal for a full and accurate statement of its contents.

19. Defendant admits the allegations in paragraph 19. Defendant respectfully refers the Court to the relevant communication for a full and accurate statement of its contents.

20. Defendant admits the allegations in paragraph 20. Defendant respectfully refers the Court to the relevant communications for a full and accurate statement of its contents.

21. Defendant admits the allegations in paragraph 21. Defendant respectfully refers the Court to the relevant communications for a full and accurate statement of its contents.

22. Defendant admits the allegations in paragraph 22. Defendant respectfully refers the Court to the relevant communications for a full and accurate statement of its contents.

23. Defendant admits the allegations in paragraph 23. Defendant respectfully refers the Court to the relevant communications for a full and accurate statement of its contents.

24. Defendant admits the allegations in paragraph 24. Defendant respectfully refers the Court to the relevant communications for a full and accurate statement of its contents.

25. Defendant admits the allegations in paragraph 25. Defendant respectfully refers the Court to the relevant communications for a full and accurate statement of its contents.

26. Defendant admits the allegations in paragraph 26.

### VII.  CLAIMS FOR RELIEF

27. Defendant incorporates its responses to paragraphs 1-26 set forth above.

28. This paragraph contains conclusions of law, to which no response is required. To the extent a response is required, Defendant denies the allegations.

29. This paragraph contains conclusions of law, to which no response is required. To the extent a response is required, Defendant denies the allegations.

30. This paragraph contains conclusions of law, to which no response is required. To the extent a response is required, Defendant denies the allegations, as it has conducted an adequate search reasonably calculated to locate all responsive records.

31. This paragraph contains conclusions of law, to which no response is required. To the extent a response is required, Defendant denies the allegations, as it has conducted an adequate search reasonably calculated to locate all responsive records.

32. This paragraph contains conclusions of law, to which no response is required. To the extent a response is required, Defendant denies the allegations.

33. This paragraph contains conclusions of law, to which no response is required. To the extent a response is required, Defendant denies the allegations.

34. Defendant lacks sufficient knowledge or information to form a belief about the truth of the allegations contained in this paragraph.

35. This paragraph contains conclusions of law, to which no response is required. To the extent a response is required, Defendant denies the allegations.

## REQUEST FOR RELIEF

The remainder of the Complaint consists of Plaintiff's request for relief, including subparagraphs (1) through (5), to which no response is required. To the extent a response is required, Defendant denies that Plaintiff is entitled to the relief for which Plaintiff prays or to any other relief as to the Defendants.

* * *

Defendant hereby denies each and every allegation in the Complaint not expressly admitted or qualified above.

## DEFENSES

Defendant respectfully requests and reserves the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendant through the course of the litigation.

First Defense

Defendant has conducted adequate searches of records subject to FOIA in response to the underlying FOIA request, and properly determined that there is no reasonably segregable non-exempt information or exempt information for which no foreseeable harm would flow from release. Defendant further avers that some or all of the requested records are exempt, in full or in part, from release under FOIA exemptions.

Second Defense

Plaintiff is not entitled to compel the production of responsive records protected from disclosure by one or more of the exemptions or exclusions to the FOIA, 5 U.S.C. § 552 et seq., and the Privacy Act, 5 U.S.C. § 552(a), et seq.

Third Defense

The scope of judicial review is limited to the issues Plaintiff identified in its March 29, 2021 administrative appeal based on the FOIA's mandatory exhaustion of administrative remedies.

Dated: January 5, 2022

Respectfully submitted,

MATTHEW M. GRAVES,
D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

/s/ Bradley G. Silverman
BRADLEY G. SILVERMAN
Assistant United States Attorney
DC Bar #1531664
U.S. Attorney's Office
District of Columbia
Civil Division
555 4th St. NW

        Washington, DC 20530
        (202) 252-2575
        bradley.silverman@usdoj.gov

        *Counsel for Defendant*