UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAND WHEATLAND,<br><br>                *Plaintiff*,<br><br>   v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>                *Defendant*. | Civil Action No. 21-3126 (CJN) |

## JOINT STATUS REPORT

Pursuant to the Court's January 10, 2022 Minute Order, Plaintiff Rand Wheatland and Defendant U.S. Department of Health and Human Services, by and through undersigned counsel, respectfully submit this Joint Status Report ("JSR") in this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Wheatland seeks records "records related to transcripts, minutes and recordings of the meetings of the NIH COVID-19 Treatment Guidelines Panel from 2020 and 2021." Compl. ¶ 13, ECF No. 1. The Department has located 155 pages of records responsive to Wheatland's request, which involves a panel not covered by the Federal Advisory Committee Act, 5a U.S.C. § 1 *et seq.*, and has preliminarily determined both that all of these records fall within the scope of Exemption 5 and the deliberative process privilege and that releasing these records may cause the Department foreseeable harm. The items identified in the Court's Minute Order are addressed below and a proposed order is attached.

    1.    **The status of Plaintiff's FOIA request:** The Department has completed its search for records responsive to Wheatland's FOIA request.

2. **The anticipated number of documents responsive to Plaintiff's FOIA request:** The Department has determined that 155 pages of records are responsive to Wheatland's request.

3. **The anticipated date(s) for release of the documents requested by Plaintiff:** The Department does not currently anticipate releasing any records responsive to Wheatland's FOIA request because it has preliminarily determined that all responsive records are protected by Exemption 5 and the deliberative process privilege and that their release may cause the Department foreseeable harm. In addition, the Department is continuing to evaluate the applicability of other exemptions to the responsive records. It anticipates that at a minimum, portions of the responsive records such as personal phone numbers and email addresses likely fall within the scope of Exemption 6 based on concerns for personal privacy. In the course of further internal review and consultations with the Department of Justice in evaluating the foreseeable harm and preparing a *Vaughn* index, if the Department decides to release any responsive information, it will do so no later than March 18, 2022.

4. **Whether a motion for stay is likely under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976):** A motion for a stay under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976), is unnecessary.

5. **The possibility of prioritizing documents responsive to Plaintiff's request[s] and any discussions regarding whether Plaintiff's request[s] can be narrowed:** The parties do not believe that prioritization of or narrowing Wheatland's request is necessary because the Department's search has yielded a manageable collection of responsive records that the Department believes are all likely to fall within the scope of Exemption 5 and the deliberative process privilege. While the Department has not yet completed its review for the applicability of other exemptions, the Department does not anticipate that such review will take much time given

the relatively small number of records at issue. The parties have not discussed narrowing Wheatland's request, and do not believe that such a discussion would be helpful at this time, but counsel for the parties will confer if their assessment changes going forward.

6. **Whether the Parties anticipate summary judgment briefing and, if so, a proposed briefing schedule:** The parties anticipate a need for summary judgment briefing on the sufficiency of the Department's search and withholdings, and propose the following schedule:

| Filing | Due Date |
|---|---|
| Department's Motion for Summary Judgment | March 18, 2022 |
| Wheatland's Response to Department's Motion for Summary Judgment and Cross-Motion for Summary Judgment | April 22, 2022 |
| Department's Reply in Support of Motion for Summary Judgment and Response to Wheatland's Cross-Motion for Summary Judgment | May 27, 2022 |
| Wheatland's Reply in Support of Cross-Motion for Summary Judgment | July 1, 2022 |

Dated: February 4, 2022

Respectfully submitted,

/s/
DANIEL J. STOTTER
D.D.C. Bar #WI0015
Stotter & Associates LLC
408 SW Monroe Ave. Ste. M 210E
Corvallis OR 97333
(541) 738-2601
dstotter@qwestoffice.net

*Attorney for Plaintiff*

MATTHEW M. GRAVES
United States Attorney
D.C. Bar #481052

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/
BRADLEY G. SILVERMAN
Assistant United States Attorney
D.C. Bar #1531664
U.S. Attorney's Office
District of Columbia
555 4th St. NW
Washington, DC 20530
(202) 252-2575
bradley.silverman@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAND WHEATLAND,<br><br>　　　　*Plaintiff*,<br><br>　v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>　　　　*Defendant*. | Civil Action No. 21-3126 (CJN) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' Joint Status Report, the Court hereby

ENTERS the following schedule to control summary judgment briefing in this case:

| **Filing** | **Due Date** |
|---|---|
| Department's Motion for Summary Judgment | March 18, 2022 |
| Wheatland's Response to Department's Motion for Summary Judgment and Cross-Motion for Summary Judgment | April 22, 2022 |
| Department's Reply in Support of Motion for Summary Judgment and Response to Wheatland's Cross-Motion for Summary Judgment | May 27, 2022 |
| Wheatland's Reply in Support of Cross-Motion for Summary Judgment | July 1, 2022 |

SO ORDERED.

_____　　　　　　　　_____
Dated　　　　　　　　　　　　　　　　　CARL J. NICHOLS

United States District Court Judge