UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAND WHEATLAND,

        *Plaintiff*,

v.

DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

        *Defendant*.

Civil Action No. 21-3126 (CJN)

### CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the Department of Health and Human Services respectfully moves, through undersigned counsel, for an extension of time to April 1, 2022 to file its Motion for Summary Judgment, as well as corresponding extensions for all subsequent briefing in this case. The Department's motion currently is due this Friday, March 18, 2022. The parties conferred under Local Civil Rule 7(m), and Mr. Wheatland consents to this request. There is good cause for the Court to grant the requested extension. Undersigned counsel has another Motion for Summary Judgment due on March 18 in *Trinka v. McDonough*, Civ. A. No. 21-2904 (RC). Moreover, the Department is currently evaluating whether it can produce additional records to Mr. Wheatland, but requires additional time to consult with various stakeholders within the agency before making that determination. Accordingly, the Department proposes the following revised briefing schedule, to which Mr. Wheatland has consented:

| Event | Date |
|---|---|
| Department's Motion for Summary Judgment | April 1, 2022 |
| Mr. Wheatland's Response in Opposition to Motion and Cross-Motion for Summary Judgment | May 6, 2022 |
| Department's Reply in Support of Motion and Opposition to Cross-Motion | June 10, 2022 |
| Mr. Wheatland's Reply in Support of Cross-Motion | July 22, 2022 |

A proposed order is attached to this motion.

Dated: March 14, 2022

Respectfully submitted,

MATTHEW M. GRAVES,
United States Attorney
D.C. Bar No. 481052

BRIAN P. HUDAK
Acting Chief, Civil Division

/s/ Bradley G. Silverman
BRADLEY G. SILVERMAN
Assistant United States Attorney
DC Bar #1531664
U.S. Attorney's Office
District of Columbia
555 4th St. NW
Washington, DC 20530
(202) 252-2575
bradley.silverman@usdoj.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAND WHEATLAND,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES,<br><br>*Defendant*. | Civil Action No. 21-3126 (CJN) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Consent Motion for Extension of Time and the entire record herein, it is this _____ day of _____, 2022,

ORDERED that Defendant's Consent Motion for Extension of Time is GRANTED; and it is further

ORDERED that the following schedule shall govern summary judgment briefing:

| Event | Date |
|---|---|
| Department's Motion for Summary Judgment | April 1, 2022 |
| Mr. Wheatland's Response in Opposition to Motion and Cross-Motion for Summary Judgment | May 6, 2022 |
| Department's Reply in Support of Motion and Opposition to Cross-Motion | June 10, 2022 |
| Mr. Wheatland's Reply in Support of Cross-Motion | July 22, 2022 |

SO ORDERED.

_____
CARL J. NICHOLS
United States District Judge