UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAND WHEATLAND,

          *Plaintiff*,

v.

DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

          *Defendant*.

Civil Action No. 21-3126 (CJN)

## CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the Department of Health and Human Services respectfully moves, through undersigned counsel, for an extension of time of two business days, to April 5, 2022, to file its Motion for Summary Judgment, as well as corresponding extensions for all subsequent briefing in this case. A proposed order is attached to this motion. The Department's motion currently is due this Friday, April 1, 2022. The parties have conferred under Local Civil Rule 7(m), and Mr. Wheatland consents to this request. No further extensions on this deadline will be sought. There is good cause to grant the requested extension. The undersigned has been called for jury duty in District of Columbia Superior Court on Thursday, March 31, 2022, and unexpected needs to travel all day for a family obligation on Friday, April 1, 2022. In addition, he currently has another Motion for Summary Judgment due on April 1 in *National Association of Minority Veterans v. Department of Veterans Affairs*, Civ. A. No. 21-1298 (RC). The Department thus proposes the following revised briefing schedule:

| Event | Date |
|---|---|
| Department's Motion for Summary Judgment | April 5, 2022 |

| | |
|---|---|
| Mr. Wheatland's Response in Opposition to Motion and Cross-Motion for Summary Judgment | May 10, 2022 |
| Department's Reply in Support of Motion and Opposition to Cross-Motion | June 14, 2022 |
| Mr. Wheatland's Reply in Support of Cross-Motion | July 26, 2022 |

Dated: March 27, 2022

Respectfully submitted,

MATTHEW M. GRAVES,
United States Attorney
D.C. Bar No. 481052

BRIAN P. HUDAK
Acting Chief, Civil Division

<u>/s/ Bradley G. Silverman</u>
BRADLEY G. SILVERMAN
Assistant United States Attorney
DC Bar #1531664
U.S. Attorney's Office
District of Columbia
555 4th St. NW
Washington, DC 20530
(202) 252-2575
bradley.silverman@usdoj.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAND WHEATLAND,<br><br>    *Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    *Defendant*. | Civil Action No. 21-3126 (CJN) |

## [PROPOSED] ORDER

Upon consideration of Defendant's Consent Motion for Extension of Time and the entire record herein, it is this _____ day of _____, 2022,

ORDERED that Defendant's Consent Motion for Extension of Time is GRANTED; and it is further

ORDERED that the following schedule shall govern summary judgment briefing:

| Event | Date |
|---|---|
| Department's Motion for Summary Judgment | April 5, 2022 |
| Mr. Wheatland's Response in Opposition to Motion and Cross-Motion for Summary Judgment | May 10, 2022 |
| Department's Reply in Support of Motion and Opposition to Cross-Motion | June 14, 2022 |
| Mr. Wheatland's Reply in Support of Cross-Motion | July 26, 2022 |

SO ORDERED.

_____
CARL J. NICHOLS
United States District Judge