AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| RAND WHEATLAND | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 21-cv-3126 |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

RAND WHEATLAND.

Date:  04/01/2022

/s/ Lance D. Quaranto
*Attorney's signature*

Lance D. Quaranto (OR0016)
*Printed name and bar number*

PO Box 5471
Eugene, OR 97405

*Address*

lance.d.quaranto@gmail.com
*E-mail address*

(541) 393-8485
*Telephone number*

*FAX number*