UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAND WHEATLAND,

*Plaintiff*,

v.                                                            Civil Action No. 21-3126 (CJN)

DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

*Defendant*.

## JOINT MOTION FOR CLARIFICATION

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, the parties respectfully move for clarification of this Court's docket activity styled "Set/Reset Deadlines" earlier this day, April 4, 2022. On Sunday, March 27, 2022, Defendant moved for a two-day extension of its deadline to file its motion for summary judgment, and all subsequent briefing deadlines, to which Plaintiff consented. *See* Def.'s Consent Mot. Extension, ECF No. 8. This Court granted that motion on Friday, April 1, 2022, adopting the schedule that Defendant had proposed and directing Defendant to file its motion for summary judgment by Tuesday, April 5, 2022, Plaintiff to file his response/cross-motion by May 10, 2022, Defendant to file its reply/cross-response by June 14, 2022, and Plaintiff to file his cross-reply by July 26, 2022. *See* Minute Order (Apr. 1, 2022). At 12:12 PM EST on Monday, April 4, 2022, however, counsel for both parties received an ECF notification stating the following:

> Docket Text: Set/Reset Deadlines: Cross Motions due by 5/10/2022. Response to Cross Motions due by 6/14/2022. Reply to Cross Motions due by 7/26/2022. Summary Judgment motions due by 4/5/2022. Response to Motion for Summary Judgment due by 5/10/2022. Reply to Motion for Summary Judgment due by 6/14/2022. (zcal)

Out of an abundance of caution, the parties respectfully request clarification from the Court as to whether this docket activity modifies the schedule that the Court put in place on Friday, April 1, 2022, or whether it reflects a clerical error, such that the parties should continue to follow the schedule set out in this Court's April 1, 2022 Minute Order. A proposed order is attached.

Dated:  April 4, 2022

Respectfully submitted,

/s/ Daniel J. Stotter
DANIEL J. STOTTER
D.D.C. Bar. #WI0015
Stotter & Associates LLC
408 SW Monroe Ave. Ste. M 210E
Corvallis, OR 97333
(541) 738-2601
dstotter@qwestoffice.net

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/ _____
    BRADLEY G. SILVERMAN
    D.C. Bar #1531664
    Assistant United States Attorney
    555 4th St. NW
    Washington, DC 20530
    (202) 252-2575
    bradley.silverman@usdoj.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAND WHEATLAND,

                *Plaintiff*,

v.

DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

                *Defendant*.

Civil Action No. 21-3126 (CJN)

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Motion for Clarification and the entire record herein, it is this _____ day of _____, 2022,

ORDERED that the parties shall follow the schedule set out in this Court's April 1, 2022 Minute Order.

SO ORDERED.

_____
CARL J. NICHOLS
United States District Judge