UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAND WHEATLAND,<br><br>        *Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>        *Defendant*. | Civil Action No. 21-3126 (CJN) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, Defendant U.S. Department of Health and Human Services, by and through the undersigned counsel, respectfully moves for summary judgment in this action under the Freedom of Information Act, 5 U.S.C. § 552. A memorandum of points and authorities in support of this motion and proposed order are attached.

Dated: April 5, 2022

Respectfully submitted,

MATTHEW M. GRAVES,
United States Attorney
D.C. Bar No. 481052

BRIAN P. HUDAK
Acting Chief, Civil Division

<u>/s/ Bradley G. Silverman</u>
BRADLEY G. SILVERMAN
Assistant United States Attorney
DC Bar #1531664
555 Fourth St. NW
Washington, DC 20530
(202) 252-2675
bradley.silverman@usdoj.gov

*Attorneys for the United States*