UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAND WHEATLAND,

                *Plaintiff*,

v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES,

                *Defendant*.

Civil Action No. 21-3126 (CJN)

## DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS

Pursuant to Rule 56(a) of the Federal Rules of Civil Procedure and Local Civil Rule 7(h), the U.S. Department of Health and Human Services submits the following statement of undisputed material facts in support of its motion for summary judgment and memorandum in support thereof.

1. On January 21, 2021, Rand Wheatland submitted a request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to the Department for records "related to transcripts, minutes, and recordings of the meetings of the National Institutes of Health ('NIH') COVID-19 Treatment Guidelines Panel from 2020 and 2021." Compl. ¶ 13, ECF No. 1.

2. On February 11, 2021, the Department sent Wheatland a letter acknowledging his FOIA request and assigning it a tracking number of HHS FOIA Case No. 55825. Compl. ¶ 16.

3. On March 5, 2021, the Department issued a final response to Wheatland's request, withholding all responsive records in their entirety. Compl. ¶ 17.

4. On March 29, 2021, Wheatland timely filed an administrative appeal of the Department's response to its FOIA request. Compl. ¶ 18.

5.      On March 31, 2022, the Department produced to Wheatland 158 pages of minutes of the Guidelines Panel's minutes with redactions. Decl. of Gorka Garcia-Malene ¶ 13.

6.      Unredacted portions of these records fall into four categories: (1) the header for each document reflecting the minutes of a particular meeting, which says "Panel on Guidelines for Management of COVID-19 – Meeting Notes" and identifies the date and time of the meeting; (2) the list of attendees and non-attendees at each meeting, which includes Panel members, community members, representatives of professional organizations, ex-officio members, other guests, and support staff, as well as their institutional affiliations, if any; (3) the portions of the minutes covering the beginning of the meeting in which the Panel discussed matters not directly related to proposed Guidelines updates, such as introductions of guests and web metrics for the Guidelines website; and (4) concluding remarks for each meeting, during which the Executive Secretary typically thanked attendees for their efforts. Garcia-Malene Decl. ¶ 13.

7.      Redacted parts of these records pertain to deliberations over proposed Guidelines updates and the scientific data, analysis, and ideas underlying them. Garcia-Malene Decl. ¶ 13.

Dated: April 5, 2022

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/
BRADLEY G. SILVERMAN
Assistant United States Attorney
D.C. Bar #1531664
555 Fourth Street NW
Washington, DC 20530
(202) 252-2675

*Attorneys for the United States*