UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAND WHEATLAND,

                            *Plaintiff*,

v.

DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

                            *Defendant*.

Civil Action No. 21-3126 (CJN)

## [PROPOSED] ORDER

Upon consideration of Defendant's Motion for Summary Judgment, the memoranda and exhibits submitted in support thereof and opposition thereto, and the entire record herein, it is hereby

ORDERED that Defendant's Motion for Summary Judgment is GRANTED; and it is further

ORDERED that this case is DISMISSED with prejudice.

SO ORDERED.

Dated: _____

_____
CARL J. NICHOLS
United States District Judge