UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAND WHEATLAND,

        *Plaintiff*,

v.

DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

        *Defendant*.

Civil Action No. 21-3126 (CJN)

## **PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME**

Plaintiff Rand Wheatland hereby moves, with the consent of Defendant Department of Human and Human Services (DHHS), for a 30-day extension of time to file Plaintiff's opposition to Defendant's Motion for Summary Judgment [Dkt 11] and Plaintiff's Cross Motion for Summary Judgment, and for a corresponding 30-day adjustment of the remaining summary judgment briefing schedule deadlines in this action, as set forth below. The undersigned counsel for Plaintiff hereby certifies that he has conferred with the counsel of record for Defendant DHHS regarding this motion, and that Defendant consents to this motion and adjustment to the briefing schedule.

More specifically, the parties to this action are in agreement in proposing the following modifications to the briefing schedule in this action: Plaintiff to file his combined Opposition to Defendant's Motion for Summary Judgment by May 24, 2022, Defendant to file their combined Reply in support of Defendant's Motion for Summary Judgment and Opposition to Plaintiff's Cross Motion for Summary Judgment by June 28, 2022, and Plaintiff to file his Reply in support of Plaintiff's Cross Motion for Summary Judgment by August 9, 2022.

The basis for this consent motion extension of time is that the undersigned counsel for Plaintiff now has several major conflicts with the current May 10, 2022, filing summary judgment filing deadline in this action at this time, including (1) the undersigned counsel for Plaintiff has a pre-scheduled family vacation for the time period of April 13 – 18, 2022, and (2) a complex summary judgment filing in <u>Richardson Bay Environmental Protection Association v. FAA</u>, 21-cv-613(APM) that is due on May 16, 2022. There will be no prejudice to the parties or to the efficient adjudication of this action in granting this consent motion. A proposed order is attached.

Respectfully submitted,

<u>/s/ Daniel J. Stotter</u>     Date: April 8, 2022
DANIEL J. STOTTER
D.D.C. Bar. #WI0015
Stotter & Associates LLC
408 SW Monroe Ave. Ste. M 210E
Corvallis, OR 97333
(541) 738-2601
dstotter@qwestoffice.net

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAND WHEATLAND,<br><br>                    *Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES,<br><br>                    *Defendant*. | Civil Action No. 21-3126 (CJN) |

### [PROPOSED] ORDER

Upon consideration of Plaintiff's Consent Motion for Extension of Time, and the entire record herein, it is this _____ day of _____, 2022,

ORDERED that this motion is GRANTED. Plaintiff shall file his combined Opposition to Defendant's Motion for Summary Judgment by May 24, 2022, Defendant shall file their combined Reply in support of Defendant's Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment by June 28, 2022, and Plaintiff shall file his Reply in support of Plaintiff's Cross Motion for Summary Judgment by August 9, 2022.

SO ORDERED.

_____
CARL J. NICHOLS
United States District Judge