IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAND WHEATLAND | ) |
| *Plaintiff,* | ) |
| | ) Case No: 21-cv-3126(CJN) |
| v. | ) |
| | ) |
| DEPARTMENT OF HEALTH & HUMAN SERVICES, | ) |
| | ) |
| *Defendant.* | ) |
| _____ | ) |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56(b)(1), Plaintiff Rand Wheatland hereby moves for Summary Judgment in the above captioned action, on the grounds that there are no genuine issues of material fact that prevent a judgment for Plaintiff.

DATED: This 24th day of May, 2022.

Respectfully submitted,

 /s/ Daniel J. Stotter
Daniel J. Stotter (WI0015)
STOTTER & ASSOCIATES LLC
408 SW Monroe Ave., Ste. M210E
Corvallis, Oregon 97333
(541) 738-2601
dstotter@qwestoffice.net

**Attorney for Plaintiff**