IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAND WHEATLAND ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case No: 21-cv-3126(CJN) |
| v. ) | |
| ) | |
| DEPARTMENT OF HEALTH & HUMAN SERVICES, ) | |
| ) | |
| *Defendant.* ) | |
| _____) | |

**ORDER** [Proposed]

UPON CONSIDERATION of Plaintiff's Motion for Summary Judgment, and all of the papers filed in support therewith, and of the entire record of the parties filed in this action, it is hereby:

ORDERED that Plaintiff's Motion for Summary Judgment is GRANTED, and Defendant's Motion for Summary Judgment is DENIED.


Date: _____        _____
                                              UNITED STATES DISTRICT JUDGE