UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAND WHEATLAND,

    *Plaintiff,*

v.

DEPARTMENT OF HEALTH AND HUMAN SERVICES,

    *Defendant.*

Civil Action No. 21-3126 (CJN)

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney L'Shauntee J. Robertson as counsel of record for the Defendant in the above-captioned case and remove Assistant United States Attorney Bradley G. Silverman as counsel for Defendant.

Date:  January 12, 2023
        Washington, DC

Respectfully submitted,

  */s/ L'Shauntee J. Robertson*
L'Shauntee J. Robertson
D.C. Bar # 980248
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-1729
Fax: (202) 252-2599
lshauntee.robertson@usdoj.gov