# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

RAND WHEATLAND,

       *Plaintiff*,

    v.

DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

       *Defendant*.

Civil Action No. 1:21-cv-03126 (CJN)

## **ORDER**

The Freedom of Information Act "places the burden on the agency to justify the withholding of any requested documents." *U.S. Dep't of State v. Ray*, 502 U.S. 164, 173 (1991). Thus, to successfully invoke the consultant corollary here, the Department of Health and Human Services bears the burden of proving that the exemption applies. *American Oversight v. U.S. Dep't of Treasury*, 474 F. Supp. 3d 251, 260 (D.D.C. 2020) ("[T]he agency has the burden of demonstrating that the withheld documents are exempt from disclosure." (cleaned up)).

On the specific issue of whether the consultant corollary applies, the Department is ordered to file notice, no later than March 14, 2023, on whether it wishes to submit supplemental briefing and/or evidence to satisfy its burden in light of *Georgia v. U.S. Dep't of Justice*, Civ. A. No. 21-3138 (TNM), --- F. Supp. 3d ---, 2023 WL 2116375 (D.D.C. February 20, 2023). The Department may rest on its current filings if it so chooses, but if it intends to file supplemental material on the applicability of the consultant corollary, it should propose a briefing schedule in the notice.

1

**SO ORDERED**.

DATE:  March 8, 2023

_____
CARL J. NICHOLS
United States District Judge