UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAND WHEATLAND,<br><br>            Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>            Defendant. | Civil Action No. 21-3126 (CJN) |

## DEFENDANT'S NOTICE OF SUPPLEMENTAL BRIEFING

Pursuant to the Court's March 8, 2023 Order, Defendant by and through undersigned counsel hereby notifies the Court of Defendant's intention to submit supplemental briefing on whether the consultant corollary applies in light of *Georgia v. U.S. Dep't of Justice*, Civ. A. No. 21-3138 (TNM), --- F. Supp. 3d ---, 2023 WL 2116375 (D.D.C. February 20, 2023). Defendant intends to submit its supplemental briefing by April 14, 2023.

Dated: March 14, 2023

    Washington, DC

                              Respectfully submitted,

                              MATTHEW M. GRAVES, D.C. Bar #481052
                              United States Attorney

                              BRIAN P. HUDAK
                              Chief, Civil Division

                              By:            /s/
                              L'SHAUNTEE J. ROBERTSON, DC Bar No. 980248
                              Assistant United States Attorney
                              601 D Street, NW
                              Washington, DC 20530
                              (301) 254-9421
                              *Attorneys for the United States of America*