# DEFENDANT'S EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAND WHEATLAND,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>*Defendant*. | Civil Action No. 21-3126 (CJN) |

## DECLARATION OF GORKA GARCIA-MALENE

I, Gorka Garcia-Malene, declare the following to be true and correct:

1. I am the Freedom of Information Act ("FOIA") Officer at the National Institutes of Health ("NIH"), U.S. Department of Health and Human Services ("HHS"). I have held this position with NIH since October 15, 2017. My duties include implementing FOIA policy across NIH and responding to requests for NIH records under the FOIA, 5 U.S.C. § 552, and other applicable records access provisions. These duties include managing searches for NIH records in response to FOIA requests, providing guidance to NIH record custodians or personnel regarding these searches, and determining whether to release or withhold records or portions of records in accordance with the FOIA and HHS regulations implementing the FOIA.

2. I make the statements herein on the basis of personal knowledge, as well as information acquired by me in the course of performing my official duties. In this capacity, I have become familiar with the background of this litigation, have reviewed all documents at issue in this litigation. Through my official duties, I learned about new case law about the consultant corollary theory. The purpose of this affidavit is to further explain how the COVID-19

1

Panel discussions fit under the consultant corollary based on these new factors identified by the court. I refer back to my previous affidavit for any specific facts not explained below.

## Background on the NIH COVID-19 Treatment Panel

3. In March 2020, the White House Coronavirus Task Force, through the Secretary of Health and Human Services, asked the National Institutes of Health (NIH) to develop evidence-based guidelines for the treatment of patients with COVID-19.

4. The National Institute of Allergy and Infectious Diseases ("NIAID") initiated the formation of the NIH COVID-19 Treatment Guidelines Panel by leveraging an infrastructure that had been put into place to develop guidelines in response to the HIV pandemic; the existing infrastructure included infectious disease experts who were active in COVID-19 patient care, program management, and/or research.

5. Due to the complex nature of the ongoing pandemic and the need for the highest level of expertise in various specialties, NIH solicited experienced public health experts from federal agencies, health care and academic organizations, and professional societies, to develop the Guidelines to form the COVID-19 Treatment Guidelines Panel.

6. Panel members were and are selected based on their relevant expertise; experience with the conduct and analysis of clinical trials; experience with the guideline process; record of working effectively in group settings; and established working relationships with colleagues, governmental agencies, and professional societies.

7. New members were subsequently added when it became evident that additional areas of clinical expertise were needed, including in clotting disorders, immunomodulatory therapy, and viral resistance.

8. Panel co-chairs included 1 nongovernment and 2 government physician-scientists, each of whom had extensive clinical, research, and guideline experience. The Panel's Co-Chairs are H. Clifford Lane, M.D., who is the NIAID Deputy Director for Clinical Research and Special Projects; Henry Masur, M.D., who is the Chief for Critical Care Medicine at NIH Clinical Center; and Roy M Gulick, from Weill Cornell Medicine. The Panel's Executive Secretary is Dr. Alice K. Pau, PharmD, a Staff Scientist and Clinical Pharmacist at NIAID. Dr. Pau serves as the Panel's Executive Secretary in the course of her official duties as an HHS employee.

9. All nongovernment Panel members were solicited by the agency and serve as volunteers and received no compensation for this activity. Government employees serve on the panel as part of their official duties. A full roster of panel members can be found at https://www.covid19treatmentguidelines.nih.gov/about-the-guidelines/panel-roster/.

10. Each member is required to submit financial disclosures that are reviewed by Panel co-chairs biannually to determine suitability for membership and to ensure that Panel members are sufficiently disinterested and do not have a personal stake.

11. Each Guidelines section is developed by a working group of Panel members with expertise in the area that section addresses. Each working group is responsible for identifying and conducting a systematic and comprehensive review of relevant scientific research, data, and literature, then synthesizing that data to develop recommendations. Each working group proposes updates based on the latest published researched findings and evolving clinical information concerning COVID-19. Voting Panel members review and vote on proposed updates to the Guidelines. Proposed updates generally amount to recommendations in favor of or against a treatment, or statements that no recommendation can be made given the insufficiency of evidence on a treatment. A majority of Panel members must support a proposed recommendation

for it to be incorporated into the Guidelines. In this way, all Guidelines recommendations are thoroughly vetted before they are adopted to ensure the public receives the best possible advice concerning the optimal management and treatment of COVID-19. Once the Panel adopts an update to the Guidelines, NIH incorporates that update into the Guidelines and publishes it on the Guidelines website.

## FOIA Request 55825

12.  On March 31, 2022, NIH produced an updated production of 158 pages of responsive records with redactions for FOIA request 55825. Redacted portions of these records pertain to the Panel's deliberations over proposed Guidelines updates and the scientific data, analysis, and ideas underlying them. I refer back to my pervious affidavit for a full recitation of the fact surrounding the FOIA request

## Intra-Agency Records

13.  The Panel operates as an impartial expert advisor to NIH while developing the Guidelines.  The panel members are sufficiently disinterested experts from whom NIH solicited opinions and communications, and from whom NIH seeks their significant expertise in formulating the Guidelines.

14.  Members of the Panel are government consultants when they give their expert opinions to their respective working groups.  Each member of the Panel are experts in their respected fields who consult on the latest scientific and health information to help combat and treat the effects of the ongoing and long lasting COVID-19 pandemic.  As scientist and medical professionals, their duty is to provide the most accurate advice and guidance on the best strategies to curb the effects of COVID-19.  Their personal and professional obligation is to

provide truthful and comprehensive advice to formulate the best Guidelines for the Country to follow.

15. While the panel members come from a diaspora of federal agencies, health care and academic organizations, and professional societies, their sole interest is providing NIH with current scientific and medical advice for the Guidelines to effectively combat COVID-19. To ensure members are financial disinterested, the Co-Chairs of the Panel routinely review financial disclosure statements from all Panel members.

16. Since 2020, NIH and NIAID has solicited members to join the Panel based on their relevant expertise. NIH and NIAID asked these individuals, at the top of their fields from various groups, to become part of the Panel to aid in publishing the Guidelines.

17. Finally, each member was asked to serve on the panel *due* to their expertise in discrete scientific, medical, and epidemic disciplines. NIH had and continues to have a special need for the opinions and recommendation of these temporary consultants who are experts in the fields most needed to fight COVID-19. The panel members are experts in clinical trials, guideline formation, pharmacology, clotting disorders, virology, infectious diseases, epidemiology, and immunology among others. While NIH has leading experts in the scientific and medical fields, COVID-19 created a situation in which the Agency needed to enlist the help of outside experts to promulgate the Guidelines.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Gorka Garcia-malene -S
Digitally signed by Gorka Garcia-malene -S
Date: 2023.04.13 15:14:36 -04'00'

Gorka Garcia-Malene

Executed this 13th day of April 2023