UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAND WHEATLAND,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>        Defendant. | Civil Action No. 21-3126 (CJN) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

    The Clerk of the Court will please enter the appearance of Assistant United States Attorney Sian Jones and remove the appearance of Assistant United States Attorney L'Shauntee J. Robertson, as counsel for the Defendant of United States of America in the above-captioned case.

Dated: June 17, 2025                    Respectfully submitted,

                                      By:       */s/ Sian Jones*
                                                 SIAN JONES, DC Bar # 1024062
                                                 Assistant United States Attorney
                                                 601 D. Street, N.W.
                                                 Washington, D.C. 20530
                                                 Telephone: 202-252-2578
                                                 Sian.Jones@usdoj.gov

                                                 *Attorney for the United States of America*