UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAND WHEATLAND,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>*Defendant*. | Civil Action No. 21-3126 (CJN) |

**NOTICE OF APPEAL BY DEFENDANT**

Pursuant to Federal Rules of Appellate Procedure 3 and 4(a), notice is hereby given that Defendant U.S. Department of Health and Human Services, through its counsel of record, appeals to the United States Court of Appeals for the D.C. Circuit, from the April 24, 2024 Order and Memorandum Opinion.  ECF No. 27.

Dated: June 23, 2025
      Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:       /s/ *Sian Jones*
    SIAN JONES, D.C. BAR No. 1024062
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2578

*Attorneys for the United States of America*