# United States Court of Appeals
### For The District Of Columbia Circuit

_____

**No. 25-5232**  **September Term, 2024**

**1:21-cv-03126-CJN**

**Filed On: July 9, 2025** [2124461]

Rand Wheatland,

    Appellee

  v.

United States Department of Health and
Human Services,

    Appellant

### M A N D A T E

In accordance with the order of July 9, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                        **FOR THE COURT:**
                        Clifton B. Cislak, Clerk

           BY:    /s/
                        Laura M. Morgan
                        Deputy Clerk

Link to the order filed July 9, 2025