# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 25-5232**                          **September Term, 2024**

**1:21-cv-03126-CJN**

**Filed On: July 9, 2025**

Rand Wheatland,

       Appellee

    v.

United States Department of Health and
Human Services,

       Appellant

**O R D E R**

       Upon consideration of appellant's consent motion for voluntary dismissal of this appeal, it is

       **ORDERED** that the motion be granted and this case be dismissed.

       The Clerk is directed to issue the mandate forthwith to the district court.

                                             **FOR THE COURT:**
                                             Clifton B. Cislak, Clerk

                            BY:     /s/
                                      Laura M. Morgan
                                      Deputy Clerk