UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAND WHEATLAND,<br><br>                  Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>                  Defendant. | Civil Action No. 21-3126 (CJN) |

## JOINT STATUS REPORT

Pursuant to the Court's July 9, 2025 Minute Order in the above captioned action, Plaintiff Rand Wheatland ('Plaintiff") and Defendant U.S. Department of Health and Human Services ("DHHS"), by and through their undersigned counsel, have conferred in this matter, and hereby respectfully submit this Joint Status Report to provide the Court with their respective positions as to the next steps in this litigation:

**Plaintiff's Position**

1. On August 19, 2025, the undersigned counsel for Plaintiff received an email from Defendant DHHS, which included a supplemental set of responsive records to Plaintiff's June 8, 2021, FOIA Request at issue in this action. Although this transmittal email suggests that it may have also been directly emailed to Plaintiff Wheatland on August 15, 2025, the undersigned counsel for Plaintiff has not yet been able to verify whether or not Mr. Wheatland received that prior email. However, as noted above, the agency expressly resent these materials to Plaintiff's counsel on August 19, 2025, and the agency's email of that date was received.

2.  Unfortunately, the supplemental record set which DHHS recently sent to Plaintiff's counsel on August 19, 202, does not conform with the Court's April 24, 2025, Memorandum Opinion [Dkt 27], in that the agency has now elected to withheld significant portions of the supplemental responsive records under claim of FOIA exemption (b)(4) [5 U.S.C 552 (b)(4)] (now claiming alleged trade secret and / or commercial or financial information that is privileged and confidential), which have never before been raised in this civil action, and which is not at all akin to the privacy related FOIA exemption issues that were referenced in the Court's Memorandum Opinion at 7 [Dkt 27].

3.  Plaintiff objects to the agency's attempt to belatedly assert a completely new FOIA exemption issue [FOIA exemption (b)(4)] for the very first time at this very late stage of the proceedings in this civil action. It is Plaintiff's position that Defendant DHHS cannot properly raise this new legal issue and new FOIA exemption at this time, as that issue has been waived by the agency's failure to ever raise (or even reference) that additional FOIA exemption in any of their prior briefings in this action to date.

4.  Therefore, for all of the reasons set forth above, Plaintiff would request that this Court proceed directly with issuing a final order for Plaintiff in this action at this time, to fully and conclusively address the substantive matters in this action, so that the parties can thereafter proceed with addressing the remaining issue of Plaintiff's eligibility and entitlement for fee motion recovery in this FOIA action.

**Defendant's Position**

5.  On June 23, 2025, Defendant filed a notice of appeal regarding the Court's April 24, 2025, Memorandum Opinion. ECF No. 30.

6.  On July 9, 2025, Defendant's appeal was dismissed. ECF No. 33-1.

7.      The agency reprocessed the records in this matter consistent with the Court's Memorandum Opinion and made a release on August 15, 2025. Upon the request of Plaintiff's counsel, the agency resent the release to counsel on August 19, 2025.

8.      Plaintiff has raised concerns regarding Exemption 4 withholdings in the recently reprocessed records. The agency made three limited redactions pursuant to Exemption 4 on page 124 of the record set to withhold the number of doses a specific company could have ready at certain points in time, as this information is directly related to manufacturing capacity and is generally considered confidential commercial information by companies. Defendant believes that it would be beneficial for the Parties to meet and confer regarding the Exemption 4 withholdings before any further proceedings in this litigation.

9.      Defendant respectfully requests that the Parties be permitted to file another joint status report on or before October 21, 2025, to provide the Court with an update regarding the status of this litigation.

Dated August 21, 2025
Washington, DC

Respectfully submitted,

/s/ Daniel J. Stotter
DANIEL J. STOTTER
D.D.C. Bar #WI0015
Stotter Law Offices LLC
P.O. Box 1753
Corvallis OR 97339
(541) 738-2601
dstotter@qwestoffice.net

*Attorney for Plaintiff*

JEANINE FERRIS PIRRO
 *United States Attorney*

By: */s/ Sian Jones*
SIAN JONES, D.C. Bar # 1024062
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2578

*Attorneys for the United States of America*