IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAND WHEATLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) Case No: 21–cv-3126 (CJN) | |
| v. ) | |
| ) | |
| DEPARTMENT OF HEALTH & HUMAN ) | |
| SERVICES, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**PLAINTIFF RAND WHEATLAND'S CONSENT MOTION FOR STAY**

Plaintiff Rand Wheatland ("Plaintiff"), by and through his undersigned counsel of record, hereby moves the court for a sixty day stay of all actions in this action, to and including November 3, 2025, which is needed at this time based upon recent information received by Plaintiff's counsel, from a member of Plaintiff's family, informing that Plaintiff Rand Wheatland is now deceased. The undersigned has conferred with counsel of record for Defendant, AUSA Sian Jones, who has graciously noted Defendant's consent to this request for a sixty day stay of this action at this time.

Based upon this new information regarding the recent deceased status of his former client, the undersigned counsel has initiated follow-up communications with his former client's family, to determine the nature of any survivorship interests, needed at this time for Plaintiff's counsel of record to make any material decisions on behalf of his former client. The undersigned has now determined that the Wheatland family is currently in the very early stages of initiating probate proceedings in Hawaii, seeking to have a personal representative designated, in order to provide instructions to Plaintiff's counsel as to how this civil action shall proceed, based upon the recent

information of Plaintiff Rand Wheatland's demise. Until the undersigned counsel receives information from a designated personal representative for his former client's estate, the undersigned cannot make any material decisions in this civil action at this time, and therefore, submits this consent motion for a sixty day stay in this action, to and including November 3, 2025.

The undersigned will provide the Court, and counsel for Defendant, with a further update by that date, indicating the current status of this action based on the new information that is received.

Therefore, based upon the above information, and with the consent of Defendant's counsel of record, there is a need to stay this action for a period of 60 days, and the undersigned counsel for Plaintiff requests leave to file a further Status Report, on or before November 3, 2025, to inform the Court of the current case status in this action, following Mr. Wheatland's demise..

Respectfully submitted this 3rd day of September, 2025.

/s/ *Daniel J. Stotter*
Daniel J. Stotter (WI0015)
STOTTER Law Offices LLC
P.O. Box 1753
Corvallis, Oregon 97339
(541) 738-2601
dstotter@qwestoffice.net

**Attorney for Plaintiff**