IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAND WHEATLAND  *Plaintiff,*  v.  DEPARTMENT OF HEALTH & HUMAN SERVICES,  *Defendant.* | Case No: 21-cv-3126(CJN) |

**ORDER**  [Proposed]

UPON CONSIDERATION of Plaintiff's Consent Motion for Stay, and the basis thereof, and of the entire record of the parties filed in this action, it is hereby:

ORDERED that Plaintiff's Consent Motion for Stay is GRANTED,

and this action shall be stayed for a period of sixty days, to an including November 3, 2025.

Date:  _____     _____
                          UNITED STATES DISTRICT JUDGE