UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAND WHEATLAND,

                Plaintiff,

    v.

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

                Defendant.

Civil Action No. 21-3126 (CJN)

## JOINT STATUS REPORT

Pursuant to the Court's September 10, 2025 Minute Order in the above captioned action,[1] Plaintiff Rand Wheatland ('Plaintiff") and Defendant U.S. Department of Health and Human Services ("HHS"), by and through their undersigned counsel, have conferred in this matter, and hereby respectfully submit this Joint Status Report with a proposal for future proceedings in this matter brought pursuant to the Freedom of Information Act ("FOIA").

1.      On September 3, 2025, Plaintiff's counsel filed a consent motion to stay this matter. ECF No. 35.  Plaintiff's counsel informed the Court that Plaintiff was deceased, that he was in communication with Plaintiff's family to determine the nature of any survivorship interests, and that he could not make any material decisions in this civil action at that time.  *Id.*

2.      By Minute Order on September 10, 2025, the Court granted Plaintiff's Consent Motion to Stay (ECF No. 35) and ordered that this case is stayed until November 4, 2025.

---

[1]     Chief Judge Boasberg's Standing Order No. 25-59, *In re: Extension of Deadlines in Civil Matters Involving the United States Following Restoration of Appropriations* (Nov. 13, 2025) extended deadlines applying to the United States that occurred during the lapse in appropriations that closed the federal government by fifty-three days.  This extension pushed the November 4, 2025, conclusion of the stay in this matter to December 29, 2025.

3.     Today, Plaintiff's counsel reports that he has been informed that the Hawaii probate process for his deceased client, Rand Wheatland, is still in progress, and he does not have an officially designated personal representative for the estate from the probate process at this stage of the state court proceedings.

4.     The Parties, therefore, respectfully request that the current stay be extended for sixty days, and that the Parties be permitted to file another joint status report on or before February 27, 2026, to provide the Court with an update regarding the status of this litigation.

Dated December 29, 2025
Washington, DC

|  |  |
|---|---|
|  | Respectfully submitted, |
| /s/ Daniel J. Stotter | |
| DANIEL J. STOTTER | JEANINE FERRIS PIRRO |
| D.D.C.  Bar #WI0015 | *United States Attorney* |
| Stotter Law Offices LLC | |
| P.O. Box 1753 | By: */s/ Sian Jones* |
| Corvallis OR 97339 | SIAN JONES, D.C. Bar # 1024062 |
| (541) 738-2601 | Assistant United States Attorney |
| dstotter@qwestoffice.net | 601 D Street, NW |
|  | Washington, DC 20530 |
| *Attorney for Plaintiff* | (202) 252-2578 |
|  | *Attorneys for the United States of America* |

2