UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAND WHEATLAND,

          Plaintiff,

   v.

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

          Defendant.

Civil Action No. 21-3126 (CJN)

## **CONSENT MOTION TO EXTEND STAY**

Defendant U.S. Department of Health and Human Services ("HHS"), by and through undersigned counsel, respectfully moves to extend the existing stay in this matter brought pursuant to the Freedom of Information Act ("FOIA") by ten days.  Pursuant to Local Civil Rule 7(m), undersigned counsel has conferred with counsel for Plaintiff and understands that he consents.

1. On September 3, 2025, Plaintiff's counsel filed a consent motion to stay this matter. ECF No. 35.  Plaintiff's counsel informed the Court that Plaintiff was deceased, that he was in communication with Plaintiff's family to determine the nature of any survivorship interests, and that he could not make any material decisions in this civil action at that time.  *Id.*

2. By Minute Order on September 10, 2025, the Court granted Plaintiff's Consent Motion to Stay (ECF No. 35) and ordered that this case is stayed.

3. On December 29, 2025, Plaintiff's counsel reported that he had been informed that the Hawaii probate process for his deceased client, Rand Wheatland, was still in progress, and he did not have an officially designated personal representative for the estate from the probate process at this stage of the state court proceedings.  ECF No. 36.

1

4.     By Minute Order on January 7, 2026, the Court ordered that the stay in this case was extended through February 27, 2026.

5.     Since January 7, 2026, Plaintiff's counsel has contacted undersigned counsel and has indicated that he has identified a representative for his deceased client and has initiated discussions regarding next steps in this matter.  Undersigned has a robust caseload, with numerous deadlines, including a discovery deadline on February 27, 2026, and has been unable to provide substantive responses to inquiries from Plaintiff's counsel regarding resumption of proceedings in this matter.  Defendant, therefore, moves to extend the stay in this matter by an additional ten days so that the Parties can continue to meet and confer regarding next steps in this matter.

A proposed order is attached.

Dated February 26, 2026

Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
*United States Attorney*

By: */s/ Sian Jones*
SIAN JONES, D.C. Bar # 1024062
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2578

*Attorneys for the United States of America*

2