UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAND WHEATLAND,

               Plaintiff,

    v.

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

               Defendant.

Civil Action No. 21-3126 (CJN)

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's consent motion and the entire record herein, it is hereby

ORDERED that Defendant's consent motion is GRANTED, and it is further

ORDERED that the stay in this case is extended to and through March 9, 2026; and it is further

ORDERED that the Parties shall file a joint status report on or before March 9, 2026 proposing a schedule for further proceedings in this matter.

SO ORDERED:

_____

Date

_____

United States District Judge

3