IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RAND WHEATLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No: 21–cv-3126 (CJN) |
| v. | ) | |
| | ) | |
| DEPARTMENT OF HEALTH & HUMAN SERVICES, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**PLAINTIFF'S MOTION TO TERMINATE STAY AND FOR  SUBSTITUTION OF PLAINTIFF PER FEDERAL RULE OF CIVIL PROCEDURE 25**

Plaintiff Rand Wheatland ("Plaintiff"), by and through the undersigned counsel of record, hereby respectfully moves the Court, pursuant to Federal Rule of Civil Procedure 25, for an Order substituting Glenn Wheatland, the duly appointed  Personal Representative of Rand Wheatland (now deceased), as the revised Plaintiff for this action, and for the termination of the Stay issued by this Court on September 10, 2025. The undersigned counsel for Plaintiff has conferred with the counsel of record for Defendant Department of Health & Human Services ("DHHS") on this matter, and has been informed that Defendant takes no position as to this motion. However, although Plaintiff's counsel has informed Defendant of both the factual predicate, and the controlling D.C. Circuit authority for the above requested substitution, *see Sinito v United States Department of Justice,*, 176 F.3d 512 (D.C. Cir 1999), DHHS has requested that Plaintiff inform the Court that "Defendant reserves the right to challenge the substitution if the substitution does not meet the standard in this Circuit of being the original requester's "successor" or "legal representative."

**PLAINTIFF'S MOTION TO TERMINATE STAY AND FOR SUBSTITUTION OF PLAINTIFF PURSUANT TO FED.R.CIV.PROC. 25** - 1 -

As established by the attached exhibits filed herewith, the undersigned counsel for Plaintiff has received official confirmation, via the attached Certificate of Death issued by the State of Hawaii, Department of Health, that Plaintiff Rand Wheatland died on August 24, 2025. *See* Exhibit "A" (attached). Thereafter, Plaintiff promptly moved the Court for an unopposed stay of this action on September 3, 2025, [Dkt 35], which was granted by this Court on September 10, 2025. More recently, on January 13, 2026, Plaintiff's brother Glenn Wheatland was duly appointed as the Personal Representative of the decedent Rand Wheatland in state probate court proceedings by the Circuit Court of the Third Circuit for the State of Hawaii. *See* Exhibit "B" (attached). Plaintiff's Personal Representative, Glenn Wheatland, is now represented by the undersigned counsel, and being fully informed by Plaintiff's counsel as to the remaining issues in this action, has requested to be substituted as the Plaintiff in this pending Freedom of Information Act ("FOIA") action.

The above referenced substitution of Plaintiff is both necessary and appropriate to conclude the final stages of this pending FOIA action. Plaintiff's brother, Glenn Wheatland, being fully informed and advised as to the limited remaining issues in this action, seeks to replace his deceased brother Rand Wheatland as the Plaintiff in this matter in order to facilitate the final stages of this civil action, and the timely and efficient completion of this litigation. There will be no prejudice, nor delay as to the timely resolution of this action, from the Court's allowance of the substitution of Glenn Wheatland as the revised Plaintiff, to replace his deceased bother Rand Wheatland as the Plaintiff in this action..

From a procedural perspective, Plaintiff also moves the Court to remove the current stay of this action issued on September 10, 2025, that was issued in order to allow the Hawaii probate court to duly appoint a Personal Representative for Rand Wheatland following his death, so that the parties

**PLAINTIFF'S MOTION TO TERMINATE STAY AND FOR SUBSTITUTION OF PLAINTIFF PURSUANT TO FED.R.CIV.PROC. 25**                                              - 2 -

can efficiently move forward to resolve the limited  final stages of this litigation, via a schedule which will be proposed in the parties' next Joint Status Report, which is currently due on March 9, 2026, per the Court's February 26, 2026 Minute Order.

.       Therefore, based upon all of the above, this Court should grant Plaintiff's Motion for Substitution of Glenn Wheatland as the revised Plaintiff in this civil action, and terminate the current stay of this action, to allow for the timely resolution of the final stages of this FOIA action.

Respectfully submitted this 5th day of March , 2026.

/s/ *Daniel J. Stotter*
Daniel J. Stotter (WI0015)
STOTTER Law Offices LLC
P.O. Box 1753
Corvallis, Oregon 97339
(541) 738-2601
dstotter@qwestoffice.net

**Attorney for Plaintiff**

**PLAINTIFF'S MOTION TO TERMINATE STAY AND FOR SUBSTITUTION OF PLAINTIFF PURSUANT TO FED.R.CIV.PROC. 25**                    - 3 -