# EXHIBIT A

## CERTIFICATE OF DEATH

STATE OF HAWAII
DEPARTMENT OF HEALTH



CERTIFICATE NO. **151** 2025 - 008227

I CERTIFY THIS IS A TRUE COPY OR
ABSTRACT OF THE RECORD ON FILE IN
THE HAWAII STATE DEPARTMENT OF HEALTH

*Grace Marie Vo*

GRACE MARIE VO
STATE REGISTRAR   Date Sept 4 2025

Name of Decedent
Rand    D.    Wheatland

| City, Town or Location of Death | County of Death | Island of Death |
|---|---|---|
| Hilo | HAWAII | HAWAII |

| Actual or Presumed Date of Death | Actual or Presumed Time of Death | Date of Birth | Age at Death |
|---|---|---|---|
| August 24, 2025 | 4:21 PM | redacted per FRCP 52 & LCvR 5.4(f) 1958 | 67   YEAR(s) |

| Sex | Race | Citizenship | Ever in Armed Forces? |
|---|---|---|---|
| MALE | Caucasian | UNITED STATES | NO |

| Social Security Number | Marital Status |
|---|---|
| redacted per FRCP 52 2280 | DIVORCED |

| Father's Name | Mother's name (Prior to First Marriage) |
|---|---|
| Jack Beverly Wheatland | Barbara Rae Porter |

┌─ Disposition ────────────────────────────────

CREMATION

Date: September 2, 2025          Cemetery/Crematory: BALLARD FAMILY MORTUARY-HILO CREMATORY

Permit #: 318208                        Location: HILO, HI 96720

                                     Funeral Home: BALLARD FAMILY MORTUARY - KONA

Certifier: SOE WIN   PRIVATE PHYSICIAN

Date Certified: August 24, 2025          Original Date Certified: August 24, 2025

Date Pronounced Dead: August 24, 2025     Time Pronounced Dead: 4:29 PM

Cause of Death:
a. CARDIOPULMONARY ARREST
b. ATHEROSCLEROTIC HEART DISEASE
c. ACUTE RESPIRATORY FAILURE
d. ACUTE ISCHEMIC CEREBROVASCULAR ACCIDENT

Manner of Death:  NATURAL CAUSES

Date Filed by State Registrar: September 2, 2025

OHSM 1.2  (Rev.1/2013)    **This copy serves as prima facie evidence of the fact of death in any court proceeding. [HRS 338-13(b), 338-19]**    1338030

## ANY ALTERATIONS INVALIDATE THIS CERTIFICATE

# EXHIBIT B

STACY K. TAKEKAWA AAL LLLC

STACY K. TAKEKAWA    9805-0
45-955 Kamehameha Hwy., Ste. 205
Kaneohe, Hawaii 96744
Tel. No. (808) 509-5896
Email: stacy@takekawalaw.com

Attorney for Applicant
GLENN WHEATLAND

**Electronically Filed**
**THIRD CIRCUIT**
**3CLP-26-0000010**
**13-JAN-2026**
**01:13 PM**
**Dkt. 17 LOA**

IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| The Estate of<br><br>RAND D. WHEATLAND, also known as<br>Rand Wheatland,<br><br>            Deceased. | P. No. 3CLP-26-0000010<br>(Informal)<br><br>LETTERS OF ADMINISTRATION |

## LETTERS OF ADMINISTRATION

GLENN WHEATLAND is informally appointed Personal Representative of the

above-captioned decedent.

Limitations on powers:  None.

These Letters of Administration shall expire three years from the date hereof, unless

renewed for good cause.

DATED: Hilo, Hawaii, __JAN 1 3 2026__

Clerk of the Above-entitled Court
**CHERYL A. SALMO**

I do hereby certify that the foregoing is a full, true and correct copy of the official court record of the Courts of the State of Hawai`i.
Dated at: Hilo, Hawai`i 14-JAN-2026, /s/ Cheryl Salmo, Clerk of the Third Judicial Circuit, State of Hawai`i

