IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAND WHEATLAND )
)
     *Plaintiff,* )
)
                     ) Case No: 21-cv-3126(CJN)
v. )
)
DEPARTMENT OF HEALTH & HUMAN SERVICES, )
)
     *Defendant.* )
_____)
_____

**ORDER**  [Proposed]

UPON CONSIDERATION of Plaintiff's Motion To Terminate Stay, and for the Substitution of Plaintiff, and the basis thereof, it is hereby:

ORDERED that Plaintiff's Motion is hereby GRANTED, authorizing the substitution of Glenn Wheatland as the Plaintiff in this action, and terminating the stay which was issued on September 10, 2026 in this matter..

Date:  _____        _____
                              UNITED STATES DISTRICT JUDGE