UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GLENN WHEATLAND,<br><br>    Plaintiff,<br><br> v.<br><br>U.S. DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES,<br><br>    Defendant. | Civil Action No. 21-3126 (CJN) |

## **JOINT STATUS REPORT**

Pursuant to the Court's March 10, 2026 Minute Order in the above captioned action, Plaintiff Rand Wheatland ('Plaintiff") and Defendant U.S. Department of Health and Human Services ("HHS"), by and through their undersigned counsel, have conferred in this matter, and hereby respectfully submit this Joint Status Report with a proposal for future proceedings in this matter brought pursuant to the Freedom of Information Act ("FOIA").

1. On September 3, 2025, Plaintiff's counsel filed a consent motion to stay this matter. ECF No. 35.  Plaintiff's counsel informed the Court that Plaintiff was deceased, that he was in communication with Plaintiff's family to determine the nature of any survivorship interests, and that he could not make any material decisions in this civil action at that time.  *Id.*

2. By Minute Order on September 10, 2025, the Court granted Plaintiff's Consent Motion to Stay (ECF No. 35) and ordered that this case is stayed until November 4, 2025.  The stay has been further extended twice.  Min. Order (Jan. 7, 2026); Min. Order (Feb. 26, 2026).

3. On March 5, 2026, Plaintiff's counsel moved to substitute Glenn Wheatland for Rand Wheatland (now deceased) as Plaintiff in this action and lift the stay.  ECF No. 38.

1

Defendant took no position on the motion but reserved its right reserves the right to challenge the substitution if the substitution does not meet the standard in this Circuit of being the original requester's "successor" or "legal representative." *Id.*

4. On March 9, 2026, the Court granted Plaintiff's Motion (ECF No. 38) and substituted Glenn Wheatland in as the Plaintiff in this action.

5. On March 9, 2026, Plaintiff conveyed a settlement offer to Defendant through counsel. Defendant has been reviewing Plaintiff's demand and will convey a response once the relevant settlement authorities have authorized counsel to do so.

6. The Parties, therefore, respectfully request that the Court order the Parties to file another joint status report in sixty days to provide an update on their progress.

May 8, 2026
Washington, DC

Respectfully submitted,

/s/ Daniel J. Stotter
DANIEL J. STOTTER
D.D.C.  Bar #WI0015
Stotter Law Offices LLC
P.O. Box 1753
Corvallis OR 97339
(541) 738-2601
dstotter@qwestoffice.net

*Attorney for Plaintiff*

JEANINE FERRIS PIRRO
 *United States Attorney*

By: */s/ Sian Jones*
SIAN JONES, D.C. Bar # 1024062
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2578

*Attorneys for the United States of America*

2