UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GLENN WHEATLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 21-3126 (CJN) |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

June 29, 2026

Respectfully submitted,

/s/ *Daniel J. Stotter*
DANIEL J. STOTTER
D.D.C.  Bar #WI0015
Stotter Law Offices LLC
P.O. Box 1753
Corvallis OR 97339
(541) 738-2601
dstotter@qwestoffice.net

*Attorney for Plaintiff*

JEANINE FERRIS PIRRO
 *United States Attorney*

By: */s/ Sian Jones*
SIAN JONES, D.C. Bar # 1024062
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2578

*Attorneys for the United States of America*